**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| _____ : | |
| DEEDRA AUSTIN-THOMAS, : | |
| 22 Sawmill Rd : | |
| Medford, NJ 08055 : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | CASE NO: 25-CV-01587 |
| : | |
| LHCG CXLIV LLC, : | |
| 509 Scarborough Dr. : | **ENTRY OF APPEARANCE** |
| Suite 308 : | |
| Egg Harbor Twp, NJ 08234, : | |
| : | |
| and : | |
| : | |
| LHC GROUP, INC. : | |
| 509 Scarborough Dr. : | |
| Suite 308 : | |
| Egg Harbor Twp, NJ 08234, : | |
| : | |
| Defendants. : | |
| _____ | |

Kindly enter my appearance on behalf of Defendants LHCG CXLIV LLC and LHC

Group, Inc. in the above-captioned matter.

Respectfully,

**JACKSON LEWIS P.C.**

Dated:  March 7, 2025                    By: */s/ Stephanie J. Peet*_____
                                                    Stephanie J. Peet, Esq.
                                                    (NJ ID. No:  016022003)
                                                    Three Parkway
                                                    1601 Cherry Street, Ste. 1350
                                                    Philadelphia, PA  19102
                                                    Tel: (267-319-7818
                                                    Fax: (215)399-2249
                                                    Email:  Stephanie.Peet@jacksonlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above ***Entry of Appearance*** was served this 7th day of March 2025, via the Court's ECF System to all counsel of record.

/s/ Stephanie J. Peet
Stephanie J. Peet, Esq.

4933-8366-0837, v. 2