Stephanie J. Peet, Esq.
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7802
Stephanie.peet@jacksonlewis.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEEDRA AUSTIN-THOMAS, | Hon. Karen M. Williams, U.S.D.J. |
| | Hon. Sharon A. King, U.S.M.J. |
| Plaintiff, | |
| | Civ. Action No. 1:25-cv-01587-KMW-SAK |
| v. | |
| | **NOTICE OF MOTION TO ADMIT MORGAN D. HOLLANDER, ESQ.** *PRO HAC VICE* **PURSUANT TO L. CIV. R. 101.1** |
| LHCG CXLIV LLC and LHC GROUP, INC., | |
| Defendants. | |

To:  Ari R. Karpf, Esquire
     Karpf, Karpf & Cerutti, P.C.
     8 Interplex Drive, Suite 210
     Feasterville-Trevose, PA 19053
     Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Defendants, by and through their undersigned counsel, will move before the U.S. District Court for the District of New Jersey for an Order admitting Morgan D. Hollander, Esq. *pro hac vice* for all purposes in this case, pursuant to L. Civ. R. 101.1; and

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon the accompanying Certifications of Stephanie J. Peet and Morgan D. Hollander, Esqs.

1

2

        Respectfully submitted,

        JACKSON LEWIS P.C.
        Attorneys for Defendants


        By:   */s/ Stephanie J. Peet*
              Stephanie J. Peet, Esq.

Dated:  March 12, 2025

4914-8497-7701, v. 1

Stephanie J. Peet, Esq.
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7802
Stephanie.peet@jacksonlewis.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEEDRA AUSTIN-THOMAS, | Hon. Karen M. Williams, U.S.D.J. |
| | Hon. Sharon A. King, U.S.M.J. |
| Plaintiff, | |
| | Civ. Action No. 1:25-cv-01587-KMW-SAK |
| v. | |
| | **CERTIFICATION OF SERVICE** |
| LHCG CXLIV LLC and LHC GROUP, INC., | |
| | |
| Defendants. | |

The undersigned hereby certifies that on this 12th day of March, 2025, I caused true and correct copies of Defendants' Notice of Motion to Admit Morgan D. Hollander, Esq. *Pro Hac Vice* Pursuant to L. Civ. R. 101.1, proposed form of Order, Certifications of Stephanie J. Peet and Morgan D. Hollander, Esqs., and this Certification of Service to be served upon the following via the Court's ECF system:

    Ari R. Karpf, Esquire
    Karpf, Karpf & Cerutti, P.C.
    8 Interplex Drive, Suite 210
    Feasterville-Trevose, PA 19053
    Attorneys for Plaintiff

                                                      */s/ Stephanie J. Peet*
                                                      Stephanie J. Peet, Esq.

4897-8949-7637, v. 1