# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEEDRA AUSTIN-THOMAS | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO.: 25-1587 |
| v. | : | |
| LHCG CXLIV LLC<br>and<br>LHC GROUP, INC. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Jordyn N. Kopcow*
Jordyn N. Kopcow, Esq.

Dated: April 9, 2025